UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PAGALING,

    Plaintiff,

v.

LOS ANGELES COUNTY JAIL, et al.,

    Defendants.

Case No. 22-cv-2942 BLF (PR)

**ORDER OF TRANSER**

    Plaintiff, who was formerly housed at the Los Angeles County Jail ("LAC") in Los Angeles, California, filed a pro se civil rights complaint against the LAC. Dkt. No. 1. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division for the Central District of California, *see* 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

    **IT IS SO ORDERED.**

**Dated:** ___May 25, 2022_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.22\02942Pagaling_transfer (CD)